UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. 2:16-cv-0024-TLN-KJN PS |
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On March 24, 2016, the court granted plaintiff's motion to proceed *in forma pauperis* and dismissed plaintiff's complaint with leave to amend.  (ECF No. 9.)  The court noted that plaintiff's complaint was largely unintelligible and failed to state a claim on which relief may be granted.  (Id.)  Nevertheless, in light of plaintiff's *pro se* status, and because it was at least conceivable that plaintiff could allege additional facts to potentially state a claim, the court granted plaintiff an opportunity to amend the complaint.  (Id.)  Plaintiff was directed to file any amended complaint within 28 days, and was cautioned that failure to timely file an amended complaint could result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).  (Id.)

Although the deadline to file an amended complaint has now passed, no amended complaint was filed.  Furthermore, the court's records indicate that the court's previous order was returned as undeliverable, and that plaintiff has not notified the court of a change of address.  The

1

1  court notes that plaintiff frequently files actions in this district, and then fails to update the court
2  regarding his new address(es), resulting in orders being returned to the court.  See, e.g., Tanksley
3  v. U.C. Davis Hospital, 2:13-cv-1765-WBS-KJN; Tanksley v. Sacramento County, et al., 2:15-
4  cv-672-MCE-KJN; Tanksley v. Sacramento County, et al., 2:15-cv-692-KJM-KJN.  Therefore, it
5  appears that plaintiff has again abandoned prosecution of this action.  Nevertheless, because it at
6  least seems that plaintiff may be experiencing periods of homelessness, which may be the cause
7  of his address changes, the court recommends that dismissal be without prejudice.
8      Accordingly, IT IS HEREBY RECOMMENDED that:
9      1.  The action be dismissed without prejudice.
10     2.  The Clerk of Court be directed to close this case.
11     These findings and recommendations are submitted to the United States District Judge
12 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)
13 days after being served with these findings and recommendations, any party may file written
14 objections with the court and serve a copy on all parties.  Such a document should be captioned
15 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
16 shall be served on all parties and filed with the court within fourteen (14) days after service of the
17 objections.  The parties are advised that failure to file objections within the specified time may
18 waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th
19 Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).
20     IT IS SO RECOMMENDED.
21 Dated:  April 29, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE